# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 E. 42nd Street, Suite 4510
New York, New York 10165

Telephone: (212) 317-1200
Facsimile: (212) 317-1620

_____

January 19, 2026

## MEMORANDUM ENDORSED

| |
|---|
| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED: 01/20/2026 |

**VIA ECF**
Hon Gregory H. Woods
United States District Judge
500 Pearl St, courtroom 12C
New York, NY 10007

Re:  **Cuahutencos et al v. Birriales Inc. et al**
**Case No.: 1:25-cv-06537-GHW**

Your Honor:

This office represents the Plaintiff in the above-referenced matter. We write to request a two-week extension of time for the parties to file the offer of judgement. The current deadline for the parties to file the offer of judgement is January 19, 2026. We respectfully request that this deadline be extended to February 2, 2026. We have reached out to Defendants' counsel and requested to provide us the required documentations but have not been able to get in touch with him.

We thank the Court for its time and attention to this matter.

Respectfully Submitted,

_/s/Michael Faillace_
Michael Faillace

Application granted.  The parties' deadline to file an offer of judgment is extended to February 2, 2026.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 42.

SO ORDERED.
Dated:  January 20, 2026
New York, New York

_____
GREGORY H. WOODS
United States District Judge

_Certified as a minority-owned business in the State of New York_