**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X

ANAHI CUAHUTENCOS, *individually and on behalf*
*of others similarly situated,*

Plaintiff,

-against-

BIRRIALES INC. (d/b/a BIRRIA LES
CHELSEA), BIRRIALES 2 LLC (d/b/a BIRRIA
LES), BIRRIALES 3 LLC (d/b/a BIRRIA LES),
BIRRIALES 4 LLC (d/b/a BIRRIA LES),
IQBAL "IGGY" AHMED, EMON ULLAH, and
RAYMUNDO GARCIA,

*Defendants,*

-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/21/2026

Civil Action No. **1:25-cv-06537-GHW**

**JUDGMENT**

## JUDGMENT

On January 21, 2026, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, Anahi Cuahutencos, has judgment against Birriales Inc. (D/B/A Birria Les Chelsea), Birriales 2 LLC (D/B/A Birria Les), Birriales 3 LLC (D/B/A Birria Les), Birriales 4 LLC (D/B/A Birria Les), Iqbal "Iggy" Ahmed, Emon Ullah, And Raymundo Garcia, jointly and severally, in the amount of Thirty-Eight Thousand Dollars and Zero Cents ($38,000.00), which is inclusive of attorneys' fees and costs.

The Clerk of Court is directed to close this case.

SO ORDERED.

Dated:  January 21, 2026
        New York, New York

_____
HON. GREGORY H. WOODS
U.S. DISTRICT JUDGE